| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant<br>JOSE LUIS SUCILLA-LOPEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:09-cr-0098 OWW |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE HEARING; |
| | ) | ORDER THEREON |
| JOSE LUIS SUCILLA-LOPEZ, | ) | |
| | ) | Date :  September 28, 2009 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | Judge: Oliver W. Wanger |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above-captioned matter scheduled for September 21, 2009, **may be continued to September 28, 2009, at 9:00 a.m.**

   This continuance is requested by counsel to allow time to give defendant a second opinion. Assistant United States Attorney Susan Phan has no objection to this request.

   The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

```
                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

DATED:  September 17, 2009              /s/ Susan Phan
                                        SUSAN PHAN
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: September 17, 2009               /s/ Eric V. Kersten
                                        ERIC V. KERSTEN
                                        Assistant Federal Defender
                                        Jose Luis Sucilla-Lopez
```

IT IS SO ORDERED.

**Dated:   September 17, 2009**                    **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; Order Thereon                              2